IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00037-FDW-DCK

| | |
|---|---|
| NORMA DARWIN LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CUMMINS, INC., doing business as ) | |
| Cummins Atlantic, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Elizabeth R. Gift, concerning Stacey L. Smiricky on April 4, 2018. Ms. Stacey L. Smiricky seeks to appear as counsel *pro hac vice* for Defendant Cummins Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** Ms. Stacey L. Smiricky is hereby admitted *pro hac vice* to represent Defendant Cummins Inc.

**SO ORDERED**.

Signed: April 4, 2018

David C. Keesler
United States Magistrate Judge